# EXHIBIT G

**U.S. Patent No. 10,025,552**

| Claim Elements | Infringement Contentions |
|---|---|
| **1[preamble]** An apparatus, comprising: | The preamble is not limiting. To the extent it is found to be limiting, each of the Accused Instrumentalities is an apparatus.<br><br>For example, the Apple iPhone is an apparatus. As another example, the Apple iPad is an apparatus. These devices include the hardware (touchscreen, buttons, etc.) and software (iOS/iPadOS) necessary for the claimed functionality.<br><br>Those Apple devices are representative examples of the infringing apparatus, and the representative examples contained in this exhibit provide fair notice of infringement of the Accused Instrumentalities. *See Multimedia Techs. PTE. Ltd. v. LG Elecs. Inc.*, No. 2:22-cv-00494-JRG-RSP, 2024 U.S. Dist. LEXIS 233738, at *6 (E.D. Tex. Dec. 30, 2024) (citing *Orion IP, LLC v. Staples, Inc.*, 407 F. Supp. 2d 815, 817 (E.D. Tex. 2006). |
| **1[a]** a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes, the individual selections of the one or more control components to remain enabled when the apparatus is in a locked state during the individual operational mode such that the apparatus is to continue to be able to receive | The Accused Instrumentalities provide settings that serve as a *"selection input"* to choose which control components remain enabled during certain operational modes (in particular, when the device is locked). In the Face ID & Passcode settings (or Touch ID & Passcode on some models), the user can toggle options under "Allow Access When Locked," such as Control Center, Lock Screen widgets, or Home Control, on or off.<br><br>**Turn on Lock Screen features on iPhone**<br><br>You can make some commonly used features (such as Control Center, widgets, and media playback controls) available on the Lock Screen for easy access when iPhone is locked.<br><br>*See, e.g.,* https://support.apple.com/guide/iphone/turn-on-lock-screen-features-iph9a2a69136/26/ios/26 and https://support.apple.com/en-us/119586<br><br>Enabling one of these options configures an *"individual operational mode"* in which the selected control components stay active on the Lock Screen, whereas disabling an option corresponds to |

| Claim Elements | Infringement Contentions |
|---|---|
| input from the individual selections of the one or more control components when the apparatus is in the locked state during the individual operational mode and not able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during another individual operational mode of the plurality of operational modes; | "*another individual operational mode*" where those components are not accessible until the device is unlocked. *See, e.g., id.*<br><br>For example, turning on "Control Center" and "Lock Screen widgets" in settings puts the device in an *"individual operational mode"* that allows access to those controls while locked (e.g. swiping to open Control Center or interact with widgets without unlocking). *id.* In this mode, the chosen control components (such as toggles in Control Center or interactive Lock Screen widgets) "*remain enabled*" when the device is locked, and the device continues to receive input from them during the locked state. By contrast, if these options are turned off (in *"another individual operational mode"*), the same controls are not accessible on the Lock Screen and the device is *"not able to receive input from the individual selections of the one or more control components"* – any input to them is ignored until the device is unlocked.<br><br>As another specific example, the media playback controls on the Lock Screen can illustrate the claimed behavior. The Accused Instrumentalities include a music/media player with a *"plurality of control components"* (play, pause, skip, back, volume slider, etc.). When media is playing, iOS/iPadOS enters a mode where a "Now Playing" widget is shown on the Lock Screen. *See, e.g.,* https://support.apple.com/guide/iphone/access-features-from-the-lock-screen-iphcd5c65ccf/26/ios/26. In this operational mode, the user-selected media controls (e.g. play/pause, next/previous track) remain enabled while the device is locked – the user can continue to tap these controls to control music without unlocking. *See, e.g., id.* However, in *"another individual operational mode"* (e.g. when no media is playing, or when the Now Playing widget is not present), those controls are absent and the device will not accept such inputs on the Lock Screen. In other words, the individual selections of control components (like the playback buttons) are *active* in the Lock Screen media mode, but are *not active* in the other mode (no-media or widget-off mode), satisfying the claimed conditional enabling of the control components.<br><br>• *Control media playback:* Use the playback controls (Now Playing) on the Lock Screen to play, pause, rewind, or fast-forward media playing on your iPhone. (See View and control Live Activities on the Lock Screen.)<br><br>*See, e.g., id.* |

| Claim Elements | Infringement Contentions |
|---|---|
|  | **View and control Live Activities on the Lock Screen**<br><br>You can view app activities on your Lock Screen, so you can easily follow their progress. Examples include directions from Maps, live sports updates from the Apple TV app, order updates from food delivery apps, and more. These updates are called Live Activities.<br><br>When you play music, a movie, or other media on your iPhone, you can control the view and control these Live Activities using the playback controls on your Lock Screen to play, pause, rewind, and fast-forward. You can also control media playback on a remote device (such as your Apple TV or HomePod) from your iPhone Lock Screen.<br><br>To change your Live Activity settings, go to Settings, tap Apps, tap the app with the settings you want to change, then tap Live Activities.<br><br>*Note:* Not all apps have a Live Activities setting.<br><br>*See, e.g.,* https://support.apple.com/guide/iphone/access-features-from-the-lock-screen-iphcd5c65ccf/26/ios/26#iph3f3ff5648 |

-3-

| Claim Elements | Infringement Contentions |
|---|---|
| **1[b]** a first control component of the plurality of control components; | The Accused Instrumentalities include numerous control components, both hardware (e.g. buttons) and software (on-screen controls).<br><br>As one example, the *"first control component"* can be a media playback control such as the **Play/Pause button** in the Lock Screen's Now Playing controls. *See, e.g., id.* When music is playing, this Play/Pause button is one of the available control components on the locked screen.<br><br>*See, e.g.,* https://support.apple.com/guide/iphone/access-features-from-the-lock-screen-iphcd5c65ccf/26/ios/26#iph3f3ff5648<br><br>As another example, the *"first control component"* may be a Lock Screen widgets – for instance, a **Reminders widget** (to check off a reminder) – that can be enabled via the selection input (settings), such that in an *"individual operational mode"*, widget controls are active on the Lock Screen. |

-4-

| Claim Elements | Infringement Contentions |
|---|---|
| | *See, e.g.,* https://support.apple.com/guide/iphone/add-edit-and-remove-widgets-iphb8f1bf206/26/ios/26. <br><br> Other control components on the Accused Instrumentalities include, for instance, the skip-track button, the flashlight toggle, the camera shortcut on the Lock Screen, etc. The Play/Pause and Reminders widget are merely representative first control components. |
| **1[c]** a second control component of the plurality of control components; and | The Accused Instrumentalities include numerous control components, both hardware (e.g. buttons) and software (on-screen controls). <br><br> The **"*second control component*"** can be another media control such as the **"Shuffle" button** for music playback. On Apple's devices, the shuffle control is part of the Music app's interface |

-5-

| Claim Elements | Infringement Contentions |
|---|---|
| | (available once the device is unlocked and the app is open). Notably, this shuffle button is ***not shown*** on the standard Lock Screen Now Playing widget (which typically only shows play/pause and skip controls). *See, e.g.,* https://support.apple.com/guide/iphone/access-features-from-the-lock-screen-iphcd5c65ccf/26/ios/26.<br><br>*See, e.g.,* https://support.apple.com/guide/iphone/access-features-from-the-lock-screen-iphcd5c65ccf/26/ios/26#iph3f3ff5648<br><br>As another example, the **"*second control component*"** may be a Control Center toggles – for instance, a **Wi-Fi toggle** in Control Center – that can be disabled via the selection input (settings), such that in an **"*individual operational mode*"**, the Control Center toggles are not shown on the Lock Screen. |

| Claim Elements | Infringement Contentions |
|---|---|
|  |   See, e.g., https://discussions.apple.com/thread/255416323?sortBy=rank |
| **1[d]** a control selection component to cause the apparatus to be switched between a locked state and an unlocked state upon activation of the control selection component, wherein: | The Accused Instrumentalities have a dedicated hardware button that serves as a "*control selection component*" to lock/unlock the device. For example, pressing the iPhone **Side Button** (or Top/Sleep button on iPads) turns off the screen and locks the device, and pressing it (with authentication) unlocks or wakes the device. *See, e.g.,* https://www.idropnews.com/how-to/12-things-you-can-use-your-iphones-side-button-for/206909/15 |

| Claim Elements | Infringement Contentions |
|---|---|
| | Pressing the side/top button will immediately lock the screen (entering the locked state), and pressing it again (with Face ID or Touch ID verification) brings up the Lock Screen or Home Screen (unlocked state). *See, e.g., id.* <br><br>**Wake iPhone** <br><br>To wake iPhone, do one of the following: <br><br>- Press the side button. <br><br>**Lock iPhone** <br><br>You can lock iPhone using the following methods: <br><br>- *Manually:* Press the side button. <br><br>*See, e.g.,* https://support.apple.com/guide/iphone/wake-unlock-and-lock-iph5a0b5b9c5/26/ios/26 |

| Claim Elements | Infringement Contentions |
|---|---|
| | This matches the claimed *"control selection component"* that, when activated, switches the apparatus between locked and unlocked states. |
| **1[e]** while the apparatus is in the locked state during the individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the second control component but is allowed to act on any received input from the first control component, | In the *"individual operational mode"* configured to allow certain control components on the Lock Screen, the Accused Instrumentalities accept input from the *"first control component"* but ignore input from an unselected *"second control component"* while locked.<br><br>For example, suppose the user enables Lock Screen widgets but disables Control Center via the selection input (settings).  This yields an individual operational mode where widget controls are active on the Lock Screen, but Control Center toggles are not. *See, e.g.,* https://support.apple.com/guide/iphone/turn-on-lock-screen-features-iph9a2a69136/26/ios/26.  In this mode, when the device is locked, the user can still interact with a *"first control component"* like a **Reminders widget** (to check off a reminder) on the Lock Screen, and the device will act on that input (e.g. marking the reminder as done). *See, e.g.,* https://support.apple.com/guide/iphone/access-features-from-the-lock-screen-iphcd5c65ccf/26/ios/26<br><br>However, input related to a *"second control component"* that was not selected – for instance, a **Wi-Fi toggle** in Control Center – is ignored because Control Center access is off (swiping for Control Center does nothing while locked).  Thus, in this mode, the apparatus *allows* the first control component's input (widget interaction) but *prevents* any action from the second control component's input (the Wi-Fi toggle cannot be invoked).<br><br>Another example is provided by the media playback scenario: in the "Now Playing on Lock Screen" mode (the *"individual operational mode"*), the **Play/Pause button** (the *"first control component"*) remains enabled when locked and will control the music as expected (e.g. pausing or playing a song).  However, a control like the **Shuffle button** (the *"second control component"* which was not selected to appear on the lock screen) has no effect while the device is locked because it is not available in that mode.  The Shuffle control requires unlocking and accessing the Music app, so any attempt to shuffle without unlocking is ineffective.  This demonstrates that during the media-playback Lock Screen mode, the device responds to inputs on the first control (play/pause) but does not act on the second control (shuffle) while locked. |

| Claim Elements | Infringement Contentions |
|---|---|
| | *See, e.g.*, https://support.apple.com/guide/iphone/access-features-from-the-lock-screen-iphcd5c65ccf/26/ios/26#iph3f3ff5648 |
| **1[f]** while the apparatus is in the locked state during the other individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the first control component and from the second control component, and | The Accused Instrumentalities meet this limitation in the ***"other individual operational mode"*** (when the selected control components are not enabled on the Lock Screen).  Continuing the prior examples:  if the device is switched to the alternate mode where neither the first nor second control component is enabled on the Lock Screen, then, while locked, the device will act on neither.<br><br>For instance, if the user turns off both Lock Screen widgets and Control Center access (the ***"other individual operational mode"***, per the selection input), then in the locked state no widget controls or Control Center toggles are available.  In that mode, input to the previously discussed first control component (e.g. tapping where a widget would be) has no effect, and likewise input to the second component (e.g. attempting to open Control Center or use its toggles) also has no effect – the device is preventing any action on both inputs while locked.  *See, e.g.*, https://support.apple.com/guide/iphone/turn-on-lock-screen-features-iph9a2a69136/26/ios/26.<br><br>Similarly, in the media context, if the device is in a mode where the Lock Screen does not display any music controls (e.g. no media is active or the user has cleared the Now Playing widget), then |

-10-

| Claim Elements | Infringement Contentions |
|---|---|
| | while locked the device will not respond to input for play/pause *or* shuffle – neither control is active in that mode.<br><br>This satisfies element 1[f]: in the **"other individual operational mode"**, with the same selection configuration (first selected, second not) in place, the locked device ignores inputs from **both** the first and second control components.<br><br>In sum, when operating in the alternative mode, the iPhone/iPad's locked-state behavior is to **prevent action on both** the first and second control components, as required. |
| **1[g]** while the apparatus is in the unlocked state, the apparatus is allowed to act on any received input from the first control component and from the second control component, regardless of whether the first or second control component has been selected via the selection input. | When an Accused Instrumentality is **unlocked**, it will accept input from **both** the first and second control components without restriction, regardless of the Lock Screen selection settings. In the unlocked state, all control components of the device are available to the user.<br><br>For example, once the user unlocks the Accused Instrumentality (via Face ID/Touch ID or passcode), they can use **any** of the controls: the Play/Pause and Shuffle buttons in the Music app will both function normally. Likewise, features that might have been disabled on the Lock Screen (Control Center, widgets, etc.) become fully accessible after unlocking. *See, e.g.,* https://support.apple.com/en-us/119586.<br><br>The "Allow Access When Locked" toggle only affects locked-state access because the features that are disabled on the Lock Screen (notifications, Control Center, home controls, etc.) are otherwise available by default. *See, e.g., id.* Therefore, in the unlocked state, the apparatus acts on inputs from **both** the first and second control components, regardless of any prior selection setting. |