# EXHIBIT H

**U.S. Patent No. 8,195,087**

| Claim Elements | Infringement Contentions |
|---|---|
| **1[preamble]** A system for connecting a portable media player with a wireless communications network, the system comprising: | The preamble is not limiting. To the extent it is found to be limiting, each of the Sonos and Bose Bluetooth speaker products with wireless functionality (e.g., Bluetooth), including, but not limited to, Sonos Move, Move 2, Roam, and Era Series (e.g., Sonos Era 100/300) and Bose SoundLink series (e.g., SoundLink Max) (the "Accused Instrumentalities") is a system for connecting a portable media player with a wireless communications network.<br><br>For example, Sonos Move 2 speaker is a system for connecting a portable media player with a wireless communications network. As another example, the Bose SoundLink Max Bluetooth Speaker is also a system for connecting a portable media player with a wireless communications network. These devices include the hardware (touchscreen, buttons, etc.) and software necessary for the claimed functionality.<br><br>Those speakers are representative examples of the infringing system for connecting a portable media player with a wireless communications network, and the representative examples contained in this exhibit provide fair notice of infringement of the Accused Instrumentalities. *See Multimedia Techs. PTE. Ltd. v. LG Elecs. Inc.*, No. 2:22-cv-00494-JRG-RSP, 2024 U.S. Dist. LEXIS 233738, at *6 (E.D. Tex. Dec. 30, 2024) (citing *Orion IP, LLC v. Staples, Inc.*, 407 F. Supp. 2d 815, 817 (E.D. Tex. 2006). |
| **1[a]** an actuator located on the portable media player; | **Sonos Move 2:**<br>This Sonos speaker includes a dedicated **Bluetooth button** on the back of the unit, which serves as the claimed *"actuator"* on the portable device. *See, e.g.,* https://www.sonos.com/en-us/guides/move2. Pressing this built-in button allows the user to initiate and control the wireless connection features of the Move 2 (e.g. pairing to networks/devices). The Sonos user guide explicitly identifies this button and its function: "Bluetooth button – Press to connect to a mobile device via Bluetooth… Press and hold to pair a new device." *Id.* In other words, the Move 2 provides a native physical control (the Bluetooth/pairing button) located on the speaker itself. |

| Claim Elements | Infringement Contentions |
|---|---|
| | <br>*Back of Sonos Move 2 showing its connector panel. Label **3** indicates the Bluetooth pairing button (actuator) used to control wireless connections. See, e.g., https://www.sonos.com/en-us/guides/move2.*<br><br>**Bose SoundLink Max Bluetooth Speaker:**<br>Similarly, the Bose SoundLink Max Bluetooth Speaker includes an on-board **Bluetooth button** – an actuator on the speaker used to initiate Bluetooth wireless connections. The SoundLink Max's controls (located on its top panel) include a Bluetooth-symbol button that users press to start the pairing process. |

| Claim Elements | Infringement Contentions |
|---|---|
| | *See, e.g.*, https://assets.bose.com/content/dam/Bose_DAM/Web/consumer_electronics/global/products/speakers/SLMAX-SPEAKERWIRELESS/pdf/888545_OG_SLMAX-SPEAKERWIRELESS_en.pdf at p.12.<br><br>According to Bose documentation, the first step in connecting is to "Press and hold the Bluetooth button [] until you hear 'Ready to connect' and the Bluetooth light slowly blinks blue," indicating that the device indeed has a built-in actuator for wireless connectivity. *See, e.g., id*. at pp. 12, 28.  This button is part of the speaker's native interface (alongside power and volume controls), confirming the presence of an actuator on the portable media player itself. |
| **1[b]** a wireless connection component in communication with the actuator, the wireless connection component configured to search for available wireless networks, to detect one or more available | **Sonos Move 2:**<br>The Move 2's **Bluetooth controller** is a *"wireless connection component"* in communication with the actuator (e.g., the Bluetooth button) that manages searching and pairing with wireless networks (Bluetooth devices). When the speaker is not currently connected to any network and the user presses the Bluetooth button, the Move 2 enters a pairing/search mode.  In this mode, the system scans for available Bluetooth connections and makes the speaker discoverable.  The Sonos documentation describes this process: pressing and holding the Bluetooth button causes the Move 2 to emit a chime and the status LED to start flashing (indicating it's searching for available devices).  *See, e.g.,* https://support.sonos.com/en-us/article/pair-sonos-move-2-with-bluetooth.  The speaker then "is ready to pair" and will appear as an available device to the user on their phone or other host device. *Id.* |

| Claim Elements | Infringement Contentions |
|---|---|
| wireless networks, and to display an indication of one or more of the one or more available wireless networks to a user when the wireless connection component detects the selection of the actuator by a user during a period when the portable media player is not connected to a wireless network; and | **Pair your device with Move 2**<br><br>Follow these steps to pair a device to your Move 2 via Bluetooth:<br><br>1. Press and hold the ✷ Bluetooth button on the back of your Move 2 until you hear a chime. The front status LED will start flashing blue.<br>2. Go to your device's Bluetooth settings and select your Move 2 from the device list.<br>3. When successfully paired, you'll hear another chime and the status LED will change to solid blue for a few seconds.<br><br>You can repeat this process to pair additional Bluetooth devices with your Move 2.<br><br>*See, e.g., id.*<br><br>In practice, the Move 2 broadcasts itself (e.g. as "Sonos Move 2") to nearby devices – effectively ***"display[ing] an indication of one or more of the one or more available wireless networks to a user"*** via their smartphone's Bluetooth menu. The user can then select the Sonos speaker from the list on their phone to establish the connection. *See, e.g., id.* This sequence demonstrates that the Move 2's wireless module, triggered by the actuator, searches for networks and communicates information (the speaker's identity/status) to the user for selection.<br><br>Even in Wi-Fi context, Sonos speakers use a similar mechanism (e.g. the Sonos app will show available Wi-Fi networks if a user initiates wireless setup).<br><br>The Move 2's native functionality handles scanning for networks and facilitating the user's selection of a network/device after the button is pressed, which maps to the claim language of a wireless connection component that searches for available networks and to display an indication of them to the user.<br><br>**Bose SoundLink Max Bluetooth Speaker:**<br>The SoundLink Max contains a **Bluetooth radio and control logic** that likewise serves as a wireless connection component responding to the actuator (pairing button). When the SoundLink Max's Bluetooth button is pressed while the speaker isn't connected, the SoundLink Max enters pairing mode and actively searches/adverts for available connections. According to Bose's instructions, after holding the Bluetooth button, "the Bluetooth light slowly blinks blue" to show the speaker is in discovery mode. *See, e.g.,* |

| Claim Elements | Infringement Contentions |
|---|---|
| | https://assets.bose.com/content/dam/Bose_DAM/Web/consumer_electronics/global/products/speakers/SLMAX-SPEAKERWIRELESS/pdf/888545_OG_SLMAX-SPEAKERWIRELESS_en.pdf at pp. 12, 28.<br><br>In this state, the SoundLink Max is broadcasting its availability and will show up on the user's phone or tablet as an available device (e.g. the phone's Bluetooth settings will list "**Bose SoundLink Max**" as an option to connect). *See, e.g., id.* The user's device effectively displays an indication of the SoundLink Max in the list of nearby Bluetooth devices, which is a direct result of the speaker's wireless component searching for and detecting a compatible connection opportunity. Once the user selects the SoundLink Max from the list, the speaker will complete the pairing.<br><br>2. On your device, access *Bluetooth* settings.<br>3. Select the speaker from the list of available products.<br>   NOTE: Look for the name you entered for your speaker in the Bose app. If you didn't name the speaker, the default name appears.<br><br>BLUETOOTH<br>Bose SoundLink Max<br><br>The speaker appears in the list of connected products. The *Bluetooth* light glows solid white (see page 28).<br><br>https://assets.bose.com/content/dam/Bose_DAM/Web/consumer_electronics/global/products/speakers/SLMAX-SPEAKERWIRELESS/pdf/888545_OG_SLMAX-SPEAKERWIRELESS_en.pdf at p. 12.<br>Thus, the SoundLink Max's built-in Bluetooth module (the wireless connection component) is configured to scan for available hosts and to facilitate displaying the speaker's presence to the user for selection. |

| Claim Elements | Infringement Contentions |
|---|---|
| **1[c]** an illumination component associated with the actuator, wherein the illumination component is configured to indicate a communications state of the wireless connection component via a mode of illumination. | **Sonos Move 2:**<br>The Move 2 includes an **LED status light** on the unit, adjacent to or incorporated in the Bluetooth button, that serves as the claimed *"illumination component."* This LED provides visual feedback about the wireless connection state using *"a mode of illumination"* of different modes of illumination. In particular, when the Move 2's wireless component is in pairing mode (searching for a connection after the user presses the button), the status LED **flashes blue**, indicating the speaker is in the Bluetooth discovery state and not yet connected. *See, e.g.,* https://support.sonos.com/en-us/article/sonos-led-lights. Once the Move 2 successfully establishes a Bluetooth connection to a device, the LED changes to **solid blue**, confirming to the user that the speaker is now connected to a device via Bluetooth. *See, e.g., id.* These are distinct illumination modes (blinking vs. solid) tied to the communication state (searching vs. connected). Sonos's documentation explicitly maps the LED behavior to connection status: "Flashing blue – The Sonos product is in Bluetooth pairing mode and is available to connect… Solid blue – The Sonos product has connected to a Bluetooth device." *See, e.g., id.* The illumination component thus provides a clear visual indication of the wireless connection state.<br><br>**Flashing blue**<br>The Sonos product is in Bluetooth pairing mode and is available to connect with a device via Bluetooth.<br><br>**Solid blue**<br>The Sonos product has connected to a Bluetooth device.<br><br>*See, e.g., id.*<br><br>Notably, this is native Sonos functionality – the Move 2's LED is built-in and automatically driven by the speaker's firmware to reflect connection status (no modification by the user needed). Other Sonos speakers with Bluetooth (e.g. the Sonos Roam) have the same LED indications (blue flashing vs solid) for Bluetooth status. *See, e.g.,* https://www.sonos.com/en-us/guides/roam?srsltid=AfmBOortz_pm6Ue0g1QamdNg4gnTOV7GMCB3tVQtXmk7MlXRHwj_T_AO. Wi-Fi Sonos devices use LED colors/patterns to denote connection states, underscoring that indicating connection status via illumination is a standard feature. |

| Claim Elements | Infringement Contentions |
|---|---|
| | **Bose SoundLink Max Bluetooth Speaker:**<br>The SoundLink Max also has an *"illumination component"* associated with its Bluetooth button that conveys the device's pairing/connection status.<br><br>*See, e.g.,* https://assets.bose.com/content/dam/Bose_DAM/Web/consumer_electronics/global/products/speakers/SLMAX-SPEAKERWIRELESS/pdf/888545_OG_SLMAX-SPEAKERWIRELESS_en.pdf at p. 12.<br><br>**BLUETOOTH LIGHT**<br>Shows the *Bluetooth* connection status.<br><br>| LIGHT ACTIVITY | SYSTEM STATE |<br>|---|---|<br>| Slowly blinks blue | Ready to connect |<br>| Quickly blinks blue | Connecting |<br>| Solid white | Connected |<br>| Blinks white 2 times | Device list cleared |<br><br>https://assets.bose.com/content/dam/Bose_DAM/Web/consumer_electronics/global/products/speakers/SLMAX-SPEAKERWIRELESS/pdf/888545_OG_SLMAX-SPEAKERWIRELESS_en.pdf at p. 28. |

| Claim Elements | Infringement Contentions |
|---|---|
| | During pairing mode – after the user presses the Bluetooth actuator – the SoundLink Max's indicator light **blinks** blue to signal that the speaker is actively searching for a device (i.e. not yet connected). *See, e.g.,* https://assets.bose.com/content/dam/Bose_DAM/Web/consumer_electronics/global/products/speakers/SLMAX-SPEAKERWIRELESS/pdf/888545_OG_SLMAX-SPEAKERWIRELESS_en.pdf *at* pp. 12, 28. When the SoundLink Max is connecting to the phone/tablet, it "quickly blinks blue." *See, e.g., id. at* p. 28. Once the SoundLink Max has connected to a phone/tablet, the Bluetooth indicator **turns solid** (stops blinking) to confirm a successful connection. *See id.*<br><br>Accordingly, the communication state is indicated via illumination: a slowly blinking blue light corresponds to the "ready to connect" state, a quickly blinking blue light corresponds to the "connecting" state, and a solid white light corresponds to the "connected" state. |