# EXHIBIT I

## U.S. Patent No. 7,613,446

| Claim Elements | Infringement Contentions |
|---|---|
| **8[preamble]** A method comprising: | The preamble is not limiting. To the extent it is found to be limiting, each of the Accused Instrumentalities is configured to perform the claimed method.<br><br>For example, the Apple iPad Air is configured to perform the claimed method. The Apple iPad Air is a representative example of the infringing apparatus, and the representative examples contained in this exhibit provide fair notice of infringement of the Accused Instrumentalities. *See Multimedia Techs. PTE. Ltd. v. LG Elecs. Inc.*, No. 2:22-cv-00494-JRG-RSP, 2024 U.S. Dist. LEXIS 233738, at *6 (E.D. Tex. Dec. 30, 2024) (citing *Orion IP, LLC v. Staples, Inc.*, 407 F. Supp. 2d 815, 817 (E.D. Tex. 2006). |
| **8[a]** sensing by an apparatus activation of a power on button by a user; | Each of the Accused Instrumentalities is an apparatus that includes a power button (e.g., top button) that includes a fingerprint recognition sensor (e.g., Touch ID sensor). The Accused Instrumentalities sense when that button is activated by a user.<br><br>[Figure showing iPad with labels: 1 Front camera, 2 Top button/Touch ID, 3 Volume buttons]<br><br>See, e.g., https://support.apple.com/guide/ipad/ipad-air-4th-generation-ipadb5f6c2d0/ipados; https://support.apple.com/guide/ipad/ipad-air-5th-generation-ipadaf1251d3/ipados; https://support.apple.com/en-us/119893; https://support.apple.com/en-us/122241. |

| Claim Elements | Infringement Contentions |
|---|---|
| | **Where is the Touch ID sensor?**<br>The Touch ID sensor is either in the Home button or—on iPad Air (4th generation) and later and iPad mini (6th generation)—the top button. When you follow the steps below, your device's onscreen instructions will tell you which button to use. If you're not sure, learn which button is which on your iPad.<br><br>*See, e.g.*, https://support.apple.com/en-us/102528 (annotated).<br><br>**Buttons and Connectors**<br>• Speakers<br>• Top button/Touch ID sensor<br>• Microphones<br>• Volume up/down<br><br>*See, e.g.*, https://support.apple.com/en-us/111905 (annotated); https://support.apple.com/en-us/111887<br>https://support.apple.com/en-us/119893; https://support.apple.com/en-us/122241. |

| Claim Elements | Infringement Contentions |
|---|---|
| | **Turn iPad on or off (models with Face ID or with Touch ID in the top button)**<br>If your iPad doesn't have the Home button, do the following:<br>• *Turn on iPad*: Press and hold the top button until the Apple logo appears.<br>• *Turn off iPad*: Simultaneously press and hold the top button and either volume button, then drag the slider.<br><br>*See, e.g.,* https://support.apple.com/guide/ipad/turn-ipad-on-or-off-ipad63d30b5a/ipados. |
| **8[b]** receiving by the apparatus, through said activation, finger print input from the user, the power on button including input mechanism for the user to input the user's finger print; | Upon activation, each of the Accused Instrumentalities receives finger print input from the user through the fingerprint recognition sensor (e.g., Touch ID sensor) in the power button (e.g., top button).<br><br>**Where is the Touch ID sensor?**<br>The Touch ID sensor is either in the Home button or—on iPad Air (4th generation) and later and iPad mini (6th generation)—the top button. When you follow the steps below, your device's onscreen instructions will tell you which button to use. If you're not sure, learn which button is which on your iPad.<br><br>*See, e.g.,* https://support.apple.com/en-us/102528 (annotated) |

-3-

| Claim Elements | Infringement Contentions |
|---|---|
|  | **Buttons and Connectors**<br>- Speakers<br>- **Top button/Touch ID sensor**<br>- Microphones<br>- Volume up/down<br><br>*See, e.g.*, https://support.apple.com/en-us/111905 (annotated); https://support.apple.com/en-us/111887 https://support.apple.com/en-us/119893; https://support.apple.com/en-us/122241.<br><br>- On iPad (10th generation and later), iPad mini (6th generation), iPad mini (A17 Pro), and iPad Air (4th generation and later): Rest your finger on the top button (Touch ID) using the finger you registered with Touch ID.<br><br>*See, e.g.*, https://support.apple.com/guide/ipad/wake-unlock-and-lock-ipad9940ee8d/26/ipados/26#iPad926676aa (annotated). |
| **8[c]** processing by the apparatus the sensed interactions into output signals indicating the received finger print input; | Each of the Accused Instrumentalities processes the sensed interactions with the fingerprint recognition sensor (e.g., Touch ID sensor) in the power button (e.g., top button) to generate output signals indicating the received finger print input. Those signals are utilized by the Accused Instrumentalities for further processing, such as biometric authentication. |

-4-

| Claim Elements | Infringement Contentions |
|---|---|
| | **Unlock iPad with Touch ID**<br><br>If you have an iPad with Touch ID, but you didn't turn on Touch ID during setup, see Set up Touch ID. Then do one of the following:<br><br>• *On an iPad with a Home button:* Press the Home button using the finger you registered with Touch ID.<br><br>• *On iPad (10th generation and later), iPad mini (6th generation), iPad mini (A17 Pro), and iPad Air (4th generation and later):* Rest your finger on the top button (Touch ID) using the finger you registered with Touch ID.<br><br>To lock iPad again, press the top button. iPad locks automatically if you don't touch the screen for a minute or so.<br><br>*See, e.g.,* https://support.apple.com/guide/ipad/wake-unlock-and-lock-ipad9940ee8d/26/ipados/26#iPad926676aa. |
| **8[d]** authenticating by the apparatus the user based on at least the output signals; | Each of the Accused Instrumentalities is configured to authenticate the user based on the output signals. |

-5-

| Claim Elements | Infringement Contentions |
|---|---|
| | **Unlock iPad with Touch ID**<br><br>If you have an iPad with Touch ID, but you didn't turn on Touch ID during setup, see Set up Touch ID. Then do one of the following:<br><br>• *On an iPad with a Home button:* Press the Home button using the finger you registered with Touch ID.<br><br>• *On iPad (10th generation and later), iPad mini (6th generation), iPad mini (A17 Pro), and iPad Air (4th generation and later):* Rest your finger on the top button (Touch ID) using the finger you registered with Touch ID.<br><br>To lock iPad again, press the top button. iPad locks automatically if you don't touch the screen for a minute or so.<br><br>*See, e.g.*, https://support.apple.com/guide/ipad/wake-unlock-and-lock-ipad9940ee8d/ipados. |
| **8[e]** operating by the apparatus a plurality of components of the apparatus in a first mode, wherein a first plurality of user functions are available while the operating the plurality of components in the first mode, if the user is not successfully authenticated; | Each of the Accused Instrumentalities is configured to operate a plurality of components in a first mode when the user has not successfully authenticated (i.e., the apparatus is locked). For example, the camera and control center remain available and notifications are still displayed when the apparatus is locked. |

| Claim Elements | Infringement Contentions |
|---|---|
| |  *See, e.g.*, https://support.apple.com/guide/ipad/turn-on-lock-screen-features-ipad8032acec/ipados (annotated). *See, e.g.*, https://support.apple.com/guide/ipad/access-features-from-the-lock-screen-ipadce941aa4/ipados. |

| Claim Elements | Infringement Contentions |
|---|---|
| **8[f]** operating by the apparatus, the plurality of components in a second mode, wherein a second plurality of user functions are available while the operating the plurality of components in the second mode, if the user is successfully authenticated; and | Each of the Accused Instrumentalities is configured to operate a plurality of components in a second mode when the user has successfully authenticated (i.e., the apparatus is unlocked). For example, the user has access to additional components and functionality that are not available in the first mode.<br><br>**Set up Touch ID on iPad**<br><br>On an iPad with a Home button, iPad (10th generation and later), <u>iPad Air (4th generation and later)</u>, iPad mini (6th generation), or iPad mini (A17 Pro), you can use Touch ID to securely and conveniently <u>unlock iPad</u>, authorize purchases and payments, and sign in to many third-party apps.<br><br>*See, e.g.*, https://support.apple.com/guide/ipad/set-up-touch-id-ipadcb11e17d/ipados (annotated). |
| **8[g]** switching back by the apparatus from the second mode to the first mode responsive to a user instruction; | Each of the Accused Instrumentalities is configured to switch back from the second mode to the first mode in response to a user instruction (e.g., pressing the top button).<br><br>**Lock iPad**<br><br>You can lock iPad and turn off the screen using the following methods:<br><br>• *Manually:* Press the top button.<br><br>• *Automatically:* iPad locks on its own if you don't interact with it for a certain amount of time. See Change when iPad automatically locks.<br><br>*See, e.g.*, https://support.apple.com/guide/ipad/wake-unlock-and-lock-ipad9940ee8d/ipados (annotated) |

-8-

| Claim Elements | Infringement Contentions |
|---|---|
|  | <br>*See, e.g.,* https://support.apple.com/guide/ipad/wake-unlock-and-lock-ipad9940ee8d/26/ipados/26#iPad926676aa |
| **8[h]** wherein the second plurality of user functions comprising at least one or more of the first plurality of user functions. | Each of the Accused Instrumentalities is configured such that the second plurality of user functions comprising at least one or more of the first plurality of user functions (e.g., camera). |

-9-

| Claim Elements | Infringement Contentions |
|---|---|
| | *See, e.g.*, https://support.apple.com/guide/ipad/turn-on-lock-screen-features-ipad8032acec/ipados (annotated).<br><br>**Access features and information from the Lock Screen**<br><br>You can quickly access the features and information you need most from the Lock Screen, even while iPad is locked.<br><br>• *Open Camera:* Swipe left. (See Take photos with your iPad camera.)<br><br>• *Open Control Center:* Swipe down from the top-right corner. (See Use and customize Control Center on iPad.)<br><br>*See, e.g.*, https://support.apple.com/guide/ipad/access-features-from-the-lock-screen-ipadce941aa4/ipados. |