# EXHIBIT J

## U.S. Patent No. 9,621,699

| Claim Elements | Infringement Contentions |
|---|---|
| **10[preamble]** A mobile client device, comprising: | The preamble is not limiting. To the extent it is found to be limiting, each of the Accused Instrumentalities (e.g., AirPods, AirPods Pro, AirPods Max) is a mobile client device.<br><br>*See, e.g.*, https://www.apple.com/airpods-4/.<br><br>Those Apple devices are representative examples of the infringing apparatus, and the representative examples contained in this exhibit provide fair notice of infringement of the Accused Instrumentalities. *See Multimedia Techs. PTE. Ltd. v. LG Elecs. Inc.*, No. 2:22-cv-00494-JRG-RSP, 2024 U.S. Dist. LEXIS 233738, at *6 (E.D. Tex. Dec. 30, 2024) (citing *Orion IP, LLC v. Staples, Inc.*, 407 F. Supp. 2d 815, 817 (E.D. Tex. 2006). |
| **10[a]** means for first providing a first audio signal at a first audio volume level to a user, the first audio volume level being selectable by the user; | The Accused Instrumentalities can be wirelessly connected with a smartphone or tablet using, for example, but not limited to, Bluetooth. The Accused Instrumentalities include speakers that output audio signals to the user. The volume of the audio signal can be selected by the user through the smartphone or via the Accused Instrumentalities themselves. |

| Claim Elements | Infringement Contentions |
|---|---|
| | **Play audio on AirPods, AirPods Pro, or AirPods Max**<br><br>When you're wearing your AirPods, you can use controls to play, pause, or skip audio playing on your iPhone, iPad, Mac, Apple TV, or Apple Watch.<br><br>*See, e.g.*, https://support.apple.com/guide/airpods/play-audio-on-your-airpods-dev216d7c746/web<br><br>• To turn the volume up or down, place your thumb on the stem of either AirPod, and use your index finger to swipe up or down on the force sensor.<br><br>• To turn the volume up or down, say "Hey Siri," then say something like "Turn up the volume" or "Turn down the volume." Or drag the volume slider in the app that you're listening to, on the Lock Screen of your iPhone or iPad, or in Control Center. You can also open Now Playing on your Apple Watch and turn the Digital Crown to adjust the volume of your AirPods Pro or AirPods 3 or later.<br><br>*See, e.g.*, https://support.apple.com/en-us/102628 |
| **10[b]** means for, while the first audio signal is provided to the | The Accused Instrumentalities are capable of outputting a *"first audio signal"* (e.g., music) at a first audio volume level, and simultaneously providing a *"second audio signal"* (e.g., incoming |

-2-

| Claim Elements | Infringement Contentions |
|---|---|
| user at the first audio volume level, providing a second audio signal at a second audio volume level to the user, | notifications/messages being read aloud, ringer for incoming phone call) at a second audio volume level to the user.<br><br>> The new feature will use Siri to automatically read your incoming messages when you're listening to music or a podcast with some of Apple's compatible wireless earbuds or headphones.<br><br>*See, e.g.,* https://www.cnet.com/tech/mobile/airpods-pro-owners-have-siri-read-text-messages-right-into-ears/.<br><br>> When Announce Notifications are turned on, Siri announces incoming notifications from apps such as Messages and Reminders, and from supported third-party apps. If the app that you're using classifies a notification as time sensitive or as a direct message, Siri plays a tone, then announces the notification automatically.<br><br>*See, e.g.,* https://support.apple.com/en-us/102536<br><br>> Yes, sort of. There are 4 places that can have independent volume settings:<br>> - Ringer and Notifications (they share a setting)<br>> - Phone calls<br>> - Siri<br>> - Apps<br><br>*See, e.g.,* https://discussions.apple.com/thread/255905446?sortBy=rank |

| Claim Elements | Infringement Contentions |
|---|---|
| | iPhone volume adjustments are easy, and Apple makes it possible to change the sound level of music separately from that of calls and alerts. This is a useful feature, as some sounds are more important to the user and need to be louder so that they can be heard over ambient noise in the room or when outdoors. A notification chime might be needed, but not as loud as game sounds or music. Alternatively, a phone call can be more important than background music that's playing while working.<br><br>*See, e.g.,* https://screenrant.com/how-to-adjust-iphone-music-volume-separately/ |
| **10[c]** the second audio volume level being variably controlled by the mobile client device based on said first audio volume level, the second audio volume level being non-intrusively lower than the first audio volume level initially; and | In the Accused Instrumentalities, the second audio volume is variably controlled by the mobile client device (e.g., through volume controls on the AirPods or smartphone or tablet) and based on the first audio volume level. The second audio volume level begins non-intrusively lower than the first audio volume level.<br><br>if I recall correctly ... I was listening to music and sent myself a looonngggg text so when the text was being read I could adjust the volume upward – it was too quiet for me. Try that and turn the volume down when the text is being read by Siri.<br><br>*See, e.g.,* https://discussions.apple.com/thread/250820505?sortBy=rank<br><br>Announce messages with Siri is too low in volume with my Airpods pro.<br><br>The music volume is usually at a higher percent but the messages are announce at a really low volume, almost muted. I can't find an option to increase this volume.<br><br>*See, e.g.,* https://discussions.apple.com/thread/250991445?sortBy=rank<br><br>**AirPods low ring volume**<br>when AirPods are in, I can barely hear the phone ring. Voice volume is fine, but how do we adjust the ring volume of an AirPod?<br><br>*See, e.g.,* https://discussions.apple.com/thread/255985522?sortBy=rank |

| Claim Elements | Infringement Contentions |
|---|---|
| **10[d]** means for, while the first and second audio signals are provided to the user, incrementally increasing, by an increasing increment, the second audio volume level from the initial non-intrusive lower volume level to a discernable volume level higher than the first audio volume level until the user responds to the second audio signal. | In each of the Accused Instrumentalities, the second audio volume level increases in increments device (e.g., through volume controls on the AirPods or smartphone or tablet), such that its volume is discernably higher than the first audio volume level, until the user responds by, for example, but not limited to, answering (or declining) an incoming phone call or replying to (or dimissing) the message being read aloud.<br><br>if I recall correctly … I was listening to music and sent myself a looonngggg text so when the text was being read I could adjust the volume upward - it was too quiet for me. Try that and turn the volume down when the text is being read by Siri.<br><br>*See, e.g.,* https://discussions.apple.com/thread/250820505?sortBy=rank<br><br>**Change Siri's speaking volume on your iPhone**<br>If you want to change Siri's speaking volume, press the Volume buttons on the side of your iPhone or your headphones while Siri is speaking.<br><br>*See, e.g.,* https://support.apple.com/en-us/105092<br><br>When you have the phone unlocked and on the home screen, you can raise the Ringer volume by pressing the volume up button, and you should see an indicator that it is raising the volume on the home screen. You can also access Settings>Sounds & Haptics>Ringtone and Alerts, and check the volume there. You will also need to have Change with Buttons turned on to be able to change the ringtone volume with the buttons.<br><br>*See, e.g.,* https://discussions.apple.com/thread/255584897?sortBy=rank |

| Claim Elements | Infringement Contentions |
|---|---|
| | **Reply to notifications**<br><br>For apps in which you can send a reply, such as Messages, you can reply to the notifications that Siri announces on compatible headphones or in a vehicle that supports CarPlay:<br><br>1. Wait for Siri to read the notification. Siri then listens for your reply.<br>2. Tell Siri that you'd like to reply, then speak your message. Say something like "Reply 'I'm on my way'" or "Tell her 'I'll meet you there.'" When you stop talking, Siri reads your reply back to you and asks if you want to send it.<br><br>*See, e.g.,* https://support.apple.com/en-us/102536<br><br>**Use head gestures with AirPods or Beats**<br><br>You can respond to phone calls, notifications, and Siri by moving your head with AirPods Pro 2, AirPods Pro 3, AirPods 4 (both models), or Powerbeats Pro 2, and the latest version of iOS or iPadOS installed on your iPhone or iPad. On macOS Sequoia or later, you can also respond to questions from Siri using head gestures.<br><br>**Use head gestures to respond to Siri**<br><br>To use head gestures to respond to Siri, make sure to turn on Announce Calls and Announce Notifications.<br><br>• To accept a call or reply to notifications and messages, nod your head up and down.<br>• To decline a call or dismiss notifications and messages, shake your head side to side.<br><br>*See, e.g.,* https://support.apple.com/en-us/102536<br><br>• *Answer a call:* Press the stem once on either of your AirPods.<br><br>If you have AirPods 4, AirPods Pro 2, or AirPods Pro 3, you can nod your head up and down to answer a call, or shake your head side to side to decline a call. See Use controls and gestures with your AirPods. |

| Claim Elements | Infringement Contentions |
|---|---|
| | *See, e.g.,* https://support.apple.com/guide/airpods/answer-calls-airpods-3-4-pro-devac96438de/web <br><br> • *Answer or end a call:* Double-tap either of your AirPods. <br><br> If you want to decline a call, use the controls on your iPhone (or other device), or wait until it goes to voicemail. If you set up Siri, you can also answer or decline a call using your voice. <br><br> *See, e.g.,* https://support.apple.com/guide/airpods/make-and-answer-calls-with-airpods-1-or-2-dev0d85dbd4e/web |