# EXHIBIT K

**U.S. Patent No. 9,585,003**

| Claim Elements | Infringement Contentions |
|---|---|
| **1[preamble]** A method for providing access to data or applications from a mobile device, the method comprising: | The preamble is not limiting. To the extent it is found to be limiting, each of the Accused Instrumentalities (e.g., smartphones and tablets) that utilize iCloud, iCloud Drive, iCloud Backup, or related online services, as well as the cloud services accessed by Apple devices, including, but not limited to, iCloud, iCloud Drive, iCloud Backup, and related online services, provide access to data or applications from a mobile device, including, but not limited to, through the use of its software and hardware.<br><br>The Apple iPhone 15 and iPad Pro (6th generation) are mobile devices. These devices include the hardware (touchscreen, buttons, etc.) and software (iOS/iPadOS) necessary for the claimed functionality.<br><br>The Apple iPhone 15 and iPad Pro (6th generation) are representative examples of the Accused Instrumentalities, and the representative examples contained in this exhibit provide fair notice of infringement of the Accused Instrumentalities. *See Multimedia Techs. PTE. Ltd. v. LG Elecs. Inc.*, No. 2:22-cv-00494-JRG-RSP, 2024 U.S. Dist. LEXIS 233738, at *6 (E.D. Tex. Dec. 30, 2024) (citing *Orion IP, LLC v. Staples, Inc.*, 407 F. Supp. 2d 815, 817 (E.D. Tex. 2006)).<br><br>The Accused Instrumentalities use, for example, iCloud, iCloud Drive, and iCloud Backup to access data. |

| Claim Elements | Infringement Contentions |
|---|---|
| | <br><br>*See, e.g.,* https://www.icloud.com/ and https://www.icloud.com/iclouddrive and https://www.icloud.com/recovery<br><br>**First Example:**<br>As a first example, when using iCloud, the Accused Instrumentalities' photos, files, and other data become accessible from any other device or web browser via the iCloud servers (e.g., a "*first* |

| Claim Elements | Infringement Contentions |
|---|---|
| | *computing device*"). *See, e.g.,* https://support.apple.com/guide/security/find-my-security-sec6cbc80fd0/web; https://support.apple.com/guide/iphone/back-up-iphone-iph3ecf67d29/26/ios/26. Apple's iCloud ecosystem enables an iPhone or iPad to serve its data to others : an online device can simply report its data (e.g., a location or backup) via iCloud servers (e.g., a *"first computing device"*) to a user's other device (e.g., a *"second computing device"*). *See, e.g.,* https://support.apple.com/guide/security/find-my-security-sec6cbc80fd0/web. If a user replaces their iPhone, the user can use the iPhone's iCloud backup of its data to seamlessly transfer its information to the new device. *See, e.g.,* https://support.apple.com/guide/iphone/back-up-iphone-iph3ecf67d29/26/ios/26. This demonstrates that the Apple mobile device is the source of the data/applications being accessed remotely through the cloud.<br><br>**Second Example:**<br>As a second example, Apple's iCloud can use a cloud-to-device message to wake the Accused Instrumentalities when needed. A *"second computing device"* (e.g., a cloud service) uses the ID of an Accused Instrumentality to ask a *"first computing device"* (e.g., a push/notification server) to contact the Accused Instrumentality. If the Accused Instrumentality isn't already connected, the first computing device can push a notification to the Accused Instrumentality. The Accused Instrumentality then receives the notification, wakes up, and creates a direct network connection to sync the data, in this second example. |
| **1[a]** receiving, by the mobile device, a message from a first computing device notifying the mobile device to establish a data connection to a data network; | Each of the Accused Instrumentalities can receive a message from a *"first computing device"* notifying the Accused Instrumentality to establish a data connection to a data network.<br><br>**First Example:**<br>As a first example, Apple's iPhone 15 (or iPad Pro) receives messages from Apple's cloud servers (e.g., the *"first computing device"*) that notify or prompt it to establish a data connection to the network. In Apple's system, these messages are typically delivered as Apple Push Notification service ("APNS") signals. Notably, APNS alerts are sent from Apple's servers over the cellular or internet channel to wake the device and trigger a network connection for data syncing or other tasks. *See, e.g.,* https://discussions.apple.com/thread/255732530?sortBy=rank; https://support.apple.com/en-us/102266 |

| Claim Elements | Infringement Contentions |
|---|---|
| | For instance, Apple's *Find My* service uses push notifications to contact a lost device and instruct it to come online and report its location.  When a user attempts to locate an iPhone via *Find My*, Apple's server sends a silent push notification to the iPhone.  Upon receiving this message, the iPhone wakes and establishes a data connection (via cellular or Wi-Fi) so that it can carry out the requested operation (such as updating its location in iCloud).  *See id.*; https://helpdesk.cb-reg.com/lostdevices.<br><br>Apple documentation confirms that notifications sent to an iPhone will launch the relevant service on the device to process the request (even if the app was not active), which inherently means the device is being prompted to connect for data transfer.  *See, e.g.,* https://developer.apple.com/notifications/ and https://discussions.apple.com/thread/255732530?sortBy=rank.  In the *Find My* context, if the iPhone was not already connected, the push message from Apple's server serves as a trigger for the device to establish a network connection and respond.  *See, e.g.,* https://support.apple.com/guide/security/find-my-security-sec6cbc80fd0/web.  Thus, Apple's devices receive such messages from Apple's cloud infrastructure instructing them to initiate a data connection.<br><br>**Second Example:**<br>As a second example, an Accused Instrumentality can receive a message from an Apple push-notification or cloud-coordination server (acting as a ***"first computing device"***) that instructs the Accused Instrumentality to come online and establish a data connection over Wi-Fi or cellular data to access iCloud services such as iCloud, iCloud Drive, or iCloud Backup.  In Apple's architecture, this is implemented using APNS, and related cloud services (including CloudKit), which send a remote notification to the device that causes an app or background agent on the device to wake and then open a network connection to Apple's data network to perform a sync or other cloud operation.  Apple's documentation explains that apps register with APNS, receive a device token that addresses that app on that device, and that push notifications can be used to wake the app so it can fetch data from the network in the background.  *See, e.g.,* https://developer.apple.com/documentation/usernotifications/registering-your-app-with-apns; https://developer.apple.com/documentation/usernotifications/sending-notification-requests-to-apns |

| Claim Elements | Infringement Contentions |
|---|---|
| | and https://developer.apple.com/documentation/usernotifications/pushing-background-updates-to-your-app<br><br>Further to the second example, when an Accused Instrumentality syncs with iCloud, iCloud Drive, or iCloud Backup, it involves: (1) the Apple mobile device (e.g., the "*mobile device*"), (2) Apple's iCloud back-end (e.g., the "*second computing device*"), and (3) APNs as a push-notification service to coordinate the connection (e.g., the "*first computing device*").  Apple's push architecture uses device tokens (e.g., the "*identifier*") as unique identifiers so that the cloud side can reach a specific app on a specific device when needed.  *See, e.g.,* https://developer.apple.com/documentation/usernotifications/registering-your-app-with-apns.<br><br>The Accused Instrumentalities frequently communicate with Apple's cloud back-ends and APNs as part of iCloud and CloudKit sync operations.  For instance, database subscriptions "send push notifications to the user's devices to inform your app about the change," and  the app then fetches the changes from the cloud.  *See, e.g.,* https://developer.apple.com/documentation/cloudkit/ckdatabasenotification.  In practice, this means that when something changes in iCloud / CloudKit (e.g., new or updated data that should be synced), Apple's back-end can cause a push notification to be delivered to the iPhone/iPad from Apple's APNs as a push-notification service, prompting it to open a data connection and retrieve or upload data via iCloud or iCloud Drive. *See id.*<br><br>Thus, Apple's cloud gateway or APNs provider (e.g., the ***"first computing device"***) is capable of contacting the iPhone or iPad.  A cloud service (such as an iCloud server) (e.g., the ***"second computing device"***) determines that it needs updated data from a particular mobile device and instructs APNs to deliver a remote notification to that device, addressed using the device's token (e.g., the ***"identifier"***).  A notification request must include the device token that identifies the user device to receive the notification, and providers send JSON payloads to APNs with that token so APNs can route the message to the correct device. *See, e.g.,* https://developer.apple.com/documentation/usernotifications/sending-notification-requests-to-apns |

| Claim Elements | Infringement Contentions |
|---|---|
| **1[b]** wherein the message is received from the first computing device after a determination by the first computing device that a data connection between the mobile device and the data network has not been previously established, and | Each of the Accused Instrumentalities can receive a message from a first computing device, where the message is received from the first computing device after a determination by the first computing device that a data connection between the mobile device and the data network has not been previously established.<br><br>**First Example:**<br>As a first example, Apple's cloud server (e.g., the "*first computing device*") can send a notification after determining that the device is not already connected.  In Apple's *Find My* service, for instance, the system first checks the device's status: Apple's iCloud server (e.g., the "*first computing device*") knows if the iPhone (e.g., the "*mobile device*") is offline (no active data connection) and will queue certain actions in that case.  Apple's interface shows a gray dot for an iPhone that is offline, indicating the server's determination that the device currently has no data connection.  *See, e.g.,* https://helpdesk.cb-reg.com/lostdevices.  If a user tries to interact with an offline device, the server recognizes **"*a data connection… has not been previously established*"** in the current session.<br><br>When a device is offline, any remote commands (like Lost Mode or Erase) are held until the device comes online.  *See, e.g., id.*  In other words, the Apple server detects the absence of an active connection with the device, and only then sends the "wake-up" message (or marks the command to be delivered upon connection).  The push message (e.g., from the "*first computing device*" – Apple's iCloud server) is issued after the server determines that the iPhone/iPad was not already connected to the data network.  Apple's *Find My* service will display an offline status and only send the notification once it knows the device needs to establish a connection.  *See, e.g., id.*  Thus, Apple's system ensures the cloud server's notification is predicated on detecting that the mobile device currently lacks a data connection.<br><br>**Second Example:**<br>As a second example, each of the Accused Instrumentalities is a mobile device that can receive a message from an Apple's push-notification / cloud-coordination infrastructure, such as a cloud gateway or APNs provider (e.g., the "*first computing device*") – to connect over Wi-Fi or cellular data to access Apple online services such as iCloud, iCloud Drive, or iCloud Backup (e.g., the "*second computing device*"). |

-6-

| Claim Elements | Infringement Contentions |
|---|---|
| | Further to the second example, the Accused Instrumentalities are designed to maintain a persistent, encrypted IP connection to the Apple Push Notification service on specific ports.  *See, e.g.,* https://support.apple.com/en-us/102266.  Apple further explains that device-management services use APNs "to maintain persistent communication with Apple devices across both public and private networks," confirming that APNs is the service used by cloud and management systems to keep a live channel to the device.  *See, e.g.,* https://support.apple.com/guide/deployment/configure-devices-to-work-with-apns-dep2de55389a/web.  In other words, the ***"first computing device"*** (APNs / Apple cloud gateway, and in some cases a proxy front-end) determines whether a data connection between the mobile device and Apple's data network is already established, and only delivers (or forwards) the "wake-up" message once it has determined that there is no active connection and that the notification must be queued and later delivered.  *See* https://developer.apple.com/documentation/usernotifications/setting-up-a-remote-notification-server.<br><br>Further to the second example, the message is received by the Apple mobile device from the ***"first computing device"*** (e.g., Apple's APNs / cloud gateway that can contact the iPhone or iPad) after a determination by that first computing device that a data connection between the mobile device and the data network has not been previously established.  "APNs can store notifications for a device that's currently offline" and then APNs "forwards the stored notifications when the device comes online," *See id*.  Therefore, APNs detects when a device is offline (no active push connection) and defers delivery until a connection is re-established.  Therefore, APNs and the associated cloud service know whether a live connection to the device is in place; when the device is offline or the persistent socket is not active, APNs treats the device as not immediately reachable and queues notifications instead of delivering them.  *See, e.g.,* https://apple.stackexchange.com/questions/436553/how-are-apple-devices-maintaining-persistent-connections-with-apple-servers-for |
| **1[c]** wherein the determination by the first computing device is performed in response to the first computing device receiving a request, or a notification of a | The Accused Instrumentalities can receive a message from a first computing device, where the message is received from the first computing device after a determination by the first computing device that a data connection between the Accused Instrumentality and the data network has not been previously established, where the determination by the first computing device is performed in response to the first computing device receiving a request, or a notification of a request, from a |

| Claim Elements | Infringement Contentions |
|---|---|
| request, from a second computing device, the request being to resolve a[n] identifier associated with the mobile device, wherein the identifier is for locating the data or application on the mobile device; and | second computing device, the request being to resolve an identifier associated with the Accused Instrumentality, wherein the identifier is for locating the data or application on the Accused Instrumentality.<br><br>**First Example:**<br>As a first example, Apple's iCloud responds to requests from another device to access the target device's data. In Apple's ecosystem, the **"second computing device"** can be, for example, the user's new device or a web client that is requesting data from the mobile device. Such a request uses an identifier for the mobile device (such as the device's name or unique ID in iCloud) in order to locate specific data on that device.<br><br>For instance, with *Find My*, the user on a second device (e.g., the **"second computing device"**) selects the lost iPhone (e.g., the "*mobile device*") by name – that selection is essentially a request to resolve the identifier (e.g., "*an identifier*") of that iPhone to obtain its location data. *See, e.g.,* https://helpdesk.cb-reg.com/lostdevice; https://www.techradar.com/how-to/how-to-use-find-my-iphone. In response, Apple's iCloud server (e.g., the **"first computing device"**) determines the iPhone (e.g., the **"mobile device"**) is offline and, as described above, will notify it to establish a connection when possible. The *Find My* interface even provides a *"Notify me when found"* option for offline devices. *See, e.g.,* https://www.techradar.com/how-to/how-to-use-find-my-iphone. When the user enables "Notify me when found," it is a request from the second device to locate the specific mobile device identified in iCloud. *See, e.g.,* https://helpdesk.cb-reg.com/lostdevice. Apple confirms that this feature will alert the user once the target iPhone reconnects, implying that Apple's servers are actively resolving the device's identifier and awaiting its connection. *See, e.g.,* https://www.techradar.com/how-to/how-to-use-find-my-iphone. In short, the Apple server's determination (that the iPhone was offline) is triggered by the user's request to access that iPhone's data (its location), identified by the device's entry in *Find My*. |

| Claim Elements | Infringement Contentions |
|---|---|
| | <br>*See, e.g., id.*<br><br>As another instance to the first example, in Apple's iCloud Backup workflow, when a user buys a new iPhone (e.g., the **"*second computing device*"**) and wants to transfer data from an old iPhone (e.g., the **"*mobile device*"**), the system uses the old device's Apple ID (e.g., **"*an identifier*"**) to facilitate data access.  Specifically, during the "Prepare for New iPhone" process, Apple's iCloud servers (e.g., the **"*first computing device*"**) recognize that the old iPhone (e.g., the **"*mobile device*"**) has not yet backed up its latest data and effectively prompt the old device to perform a temporary iCloud backup.  *See, e.g.,* https://discussions.apple.com/thread/255020928?sortBy=rank.  Apple's iPhone UI prompts a cloud backup when preparing to transfer data to the new device.  *See, e.g., id.*; https://support.apple.com/en-us/104980.<br><br>In this scenario, the new iPhone's (e.g., the **"*second computing device's*"**) setup sends a request (through iCloud) to resolve the old iPhone's identity and data.  In response, Apple grants temporary |

| Claim Elements | Infringement Contentions |
|---|---|
| | iCloud storage and notifies the old iPhone to upload its data (the *"data or application on the mobile device"*) for retrieval. *See id.* The old iPhone's backup is then used to set up the new device. Therefore, Apple's iCloud infrastructure (e.g., the *"first computing device"*) acts upon a request from the new iPhone or another user's device (e.g., the *"second computing device"*) that targets data of an older mobile device (e.g., the *"mobile device"*) via the older mobile device's iCloud account or name (e.g., *"an identifier"*). The Apple's iCloud's determination that the older mobile device must come online (or back-up) is in response to that request to access the older mobile device's data.<br><br><br><br>*See* https://support.apple.com/en-us/104980<br><br>**Second Example:**<br>As a second example, when an Accused Instrumentality syncs with iCloud, iCloud Drive, or iCloud Backup, it involves: (1) the Apple mobile device (e.g., the *"mobile device"*), (2) Apple's iCloud back-end (e.g., the *"second computing device"*), and (3) APNs as a push-notification service to coordinate the connection (e.g., the *"first computing device"*). Apple's push architecture uses device tokens (e.g., *"an identifier"*) as unique identifiers so that the cloud side can reach a specific app on a specific device when needed. Apple describes the device token as a "globally unique device token" that serves as the address of your app on that device, and that providers must include |

| Claim Elements | Infringement Contentions |
|---|---|
| | this token when sending notifications. *See, e.g.,* https://developer.apple.com/documentation/usernotifications/registering-your-app-with-apns. |
| | Apple devices frequently communicate with Apple's cloud back-ends and APNs as part of iCloud and CloudKit sync operations.  Database subscriptions "send push notifications to the user's devices to inform your app about the change," and  the app then fetches the changes from the cloud.  *See, e.g.,* https://developer.apple.com/documentation/cloudkit/ckdatabasenotification.  In practice, this means that when something changes in iCloud / CloudKit (e.g., new or updated data that should be synced), Apple's back-end can cause a push notification to be delivered to the iPhone/iPad, prompting it to open a data connection and retrieve or upload data via iCloud or iCloud Drive.  *See, e.g., id.* |
| | Thus, in the second example, Apple's cloud gateway or APNs provider (e.g., the *"first computing device"*) is capable of contacting the iPhone or iPad (e.g., the *"mobile device"*).  A cloud service (such as an iCloud server) (e.g., the *"second computing device"*) determines that it needs updated data from a particular mobile device and instructs APNs to deliver a remote notification to that device, addressed using the device's token (e.g., the *"identifier"*).  A notification request must include the device token that identifies the user device to receive the notification, and providers send JSON payloads to APNs with that token so APNs can route the message to the correct device. *See, e.g.,* https://developer.apple.com/documentation/usernotifications/sending-notification-requests-to-apns |
| | When the iPhone or iPad receives this APNs message, the OS wakes the relevant app or background agent and allows it to run in the background to update itself.  The background remote notifications wake the app without alerting the user so it can fetch data from the network.  *See, e.g.,* https://developer.apple.com/documentation/usernotifications/pushing-background-updates-to-your-app. |
| | The *"first computing device"* and *"second computing device"* in the claims can be mapped to different components, depending on the example. They might be Apple's own servers (authentication, notification, or content servers), external services like Google's push service (acting as the first computing device to deliver the message to the Apple mobile device), or even |

| Claim Elements | Infringement Contentions |
|---|---|
| | intermediary servers like CDN nodes or proxy servers (e.g., enterprise proxies) that participate in the communication path.  The second computing device (e.g., Apple iCloud service or server that wants to sync or access data) uses the Apple mobile device's ID to trigger a notification via a first computing device (e.g., push service), which then signals the phone to come online and connect to the iCloud, either directly or through any required proxy, to complete the data synchronization. |
| **1[d]** establishing, by the mobile device, the data connection with the data network in accordance with a data communication protocol. | Each of the Accused Instrumentalities establishes a data connection with iCloud, iCloud Drive, iCloud Backup, or related online services in accordance with a data communication protocol.<br><br>**First Example:**<br>As a first example, once an Apple mobile device receives the notification from iCloud (and after being prompted as described above), it establishes a data connection to the network using standard communication protocols.  On an iPhone or iPad, this means the device connects via Wi-Fi or cellular data (LTE/5G) and uses internet protocols (e.g. TCP/IP with TLS) to communicate with Apple's servers.<br><br>Apple's documentation notes that the device will automatically back up when it is connected to Wi-Fi (or cellular, if allowed) and power.  *See, e.g.,* https://support.apple.com/guide/iphone/back-up-iphone-iph3ecf67d29/26/ios/26.  In doing so, the iPhone initiates a secure data connection to Apple's iCloud (the data network) and transfers the backup data.<br><br>Likewise, in the *Find My* scenario, once the iPhone gets the push message, the device activates its network interface and contacts iCloud to report its live location data.  Apple explicitly states that "an online device can simply report its location to the user via iCloud" – meaning the iPhone establishes a network session to send that information.  *See, e.g.,* https://support.apple.com/guide/security/find-my-security-sec6cbc80fd0/web.  This connection is made using conventional data communication protocols (e.g. HTTPS over Wi-Fi or cellular).<br><br>Therefore, the Apple mobile device establishes the required data connection to the internet/cloud and communicates using the appropriate protocol.  Whether it is uploading a backup or sending location coordinates, the iPhone/iPad uses a data connection (Wi-Fi or cellular data) established under standard protocols to complete the requested operation.  *See, e.g., id.*; |

| Claim Elements | Infringement Contentions |
|---|---|
| | https://support.apple.com/guide/iphone/back-up-iphone-iph3ecf67d29/26/ios/26.  The mobile device itself establishes the data connection in response to the earlier notification.<br><br>**Second Example:**<br>As a second example, in response to a push message sent from Apple's push-notification / cloud-coordination infrastructure (APNs together with iCloud / CloudKit) (e.g., the *"first computing device"*), an Apple mobile device (e.g., the *"mobile device"*) establishes a data connection to Apple's iCloud, iCloud Drive, or iCloud Backup (e.g., the *"second computing device"*).  APNs is used to "push small amounts of data to devices that use your app, even when your app isn't running," and that the app is then woken so it can update itself.  *See, e.g.,* https://developer.apple.com/documentation/usernotifications/setting-up-a-remote-notification-server.<br><br>In practice, when APNs delivers such a (foreground or silent) push, iOS wakes the relevant app or background task and the device uses its network interface (Wi-Fi or cellular data) to open a TCP/IP connection to Apple's servers using HTTPS/TLS (e.g., a standard *"data communication protocol"*). "Data moving between the user's devices and iCloud servers is separately encrypted in transit with TLS", confirming that the device establishes a TLS-protected session to iCloud when it syncs. *See, e.g.,* https://support.apple.com/guide/security/icloud-security-overview-secacde2d0da.<br><br>Thus, once woken by the APNs push, the iPhone or iPad activates its network stack (if not already active) and establishes a data connection over the internet using TLS/HTTPS to iCloud or related Apple cloud endpoints. |