# EXHIBIT L

**U.S. Patent No. 7,167,703**

| Claim Elements | Infringement Contentions |
| --- | --- |
| **1[preamble]** In a wireless mobile device, a method of operation: | The preamble is not limiting. To the extent it is found to be limiting, each of the Accused Instrumentalities (e.g., smartphones and tablets) provide a method of operation.<br><br>For example, the Apple iPhone 15 is a wireless mobile device. As another example, the iPad Pro (6th generation) is also a wireless mobile. These devices include the hardware (touchscreen, buttons, etc.) and software (iOS/iPadOS) necessary for the claimed method of operation.<br><br>The Apple iPhone 15 and iPad Pro (6th generation) are representative examples of the Accused Instrumentalities, and the representative examples contained in this exhibit provide fair notice of infringement of the Accused Instrumentalities. *See Multimedia Techs. PTE. Ltd. v. LG Elecs. Inc.*, No. 2:22-cv-00494-JRG-RSP, 2024 U.S. Dist. LEXIS 233738, at *6 (E.D. Tex. Dec. 30, 2024) (citing *Orion IP, LLC v. Staples, Inc.*, 407 F. Supp. 2d 815, 817 (E.D. Tex. 2006).<br><br>Although iMessage, AirDrop, and AirPlay are used as examples, other similar software is also used on the Accused Instrumentalities. iMessage, AirDrop, and AirPlay are representative examples of software used for the method of operation.<br><br>For example, Apple's official documentation shows that the Photos app on iPhone/iPad lets a user share a photo via the Messages (iMessage) app or via AirDrop. The iPad share sheet (shown below) illustrates that a selected photo can be sent by tapping "Messages" (iMessage), "AirDrop," "Mail," or "AirPlay." |

| Claim Elements | Infringement Contentions |
|---|---|
| |  <br>*See, e.g.,* https://support.apple.com/guide/ipad/share-photos-and-videos-ipad4f44c78f/26/ipados/26 |

| Claim Elements | Infringement Contentions |
|---|---|
| | <br>"Share photos, videos, contacts, and more, with anyone on an Apple device near you. AirDrop makes sharing between iPhone, iPad, and Mac as simple as dragging and dropping." *See, e.g.*, https://support.apple.com/guide/ipad/intro-to-continuity-ipad1ddf3831/26/ipados/26. |
| **1[a]** facilitating a user of the wireless mobile device in selecting a first recipient for a first image message, the first recipient being a user of a first other wireless mobile device and the first image message graphically conveying | Each of the Accused Instrumentalities allows a user to select a first recipient for a first image message using the iMessage, AirDrop, and AirPlay features.<br><br>On the iPhone/iPad, the user selects a recipient to send the photo. For example, when the user taps "**Messages**" in the share sheet, the device opens the Messages app where the user can choose a contact (the first recipient) from Contacts or recent conversations. *See, e.g.*, https://support.apple.com/guide/iphone/share-photos-links-and-more-iphb66cfeaad/26/ios/26 and https://support.apple.com/guide/ipad/share-photos-and-videos-ipad4f44c78f/26/ipados/26. |

| Claim Elements | Infringement Contentions |
|---|---|
| information about the user of the wireless mobile device; | Similarly, tapping "AirDrop" brings up a list of nearby Apple devices (first other wireless devices) to choose as the recipient. *See, e.g., id.*; https://support.apple.com/guide/ipad/use-airdrop-to-send-items-to-nearby-devices-ipad46a13d74/26/ipados/26. In each case the chosen recipient is another user's wireless device (iPhone, iPad, etc.) and the user-interface facilitates selecting that recipient by contact name or device name.<br><br>The "first image message" can be any photo or poster (e.g., a memoji) the user selects. It may graphically convey information about the user (e.g. a selfie or contact poster). Apple's Contacts app supports a user's Contact Poster – a name and photo or poster the user chooses for themselves – which can be automatically shared when calling or messaging someone. *See, e.g.*, https://support.apple.com/guide/iphone/add-your-contact-info-iph18b749db1/26/ios/26. Thus, when the user sends a photo or their contact poster via iMessage or AirDrop, that image conveys information about the sender. |

| Claim Elements | Infringement Contentions |
|---|---|
| | *See, e.g., id.* |
| **1[b]** facilitating the user of the wireless mobile device in selecting the first image message from a first plurality of image messages; and | Each of the Accused Instrumentalities facilitates the user in selecting the first image message from a first plurality of image messages.<br><br>The Accused Instrumentalities facilitate selecting the first image from a plurality of images. In the Photos app, the user taps "*Select*" and then taps one image thumbnail from the album or grid. Apple's documentation instructs: "When viewing a screen with multiple thumbnails, tap **Select**, then tap the thumbnails of the photos and videos you want to share. Tap **Share**, then choose a sharing option such as Mail, Messages, or AirDrop." *See, e.g.,* https://support.apple.com/guide/ipad/share-photos-and-videos-ipad4f44c78f/26/ipados/26 (emphasis added). |

| Claim Elements | Infringement Contentions |
|---|---|
|  | *See, e.g., id.*<br><br>In the screenshot above, for example, the user has tapped on one photo ("1 Photo Selected") to designate it as the first image message. Thus, the device directly enables the user to pick one image out of many. |
| **1[c]** transmitting a selected one of the selected first image message and a first identifier of the selected first image message from the wireless mobile device to the first other wireless mobile device of the first selected recipient to cause the selected first image message to be conveyed to the first selected recipient. | Each of the Accused Instrumentalities transmits a selected one of the selected first image message and a first identifier of the selected first image message to the first other wireless mobile device of the first selected recipient to cause the selected first image message to be conveyed to the first selected recipient. The transmitted first image message is conveyed to the first selected recipient.<br><br>When the user taps **Messages** and then sends (the "Send" button), the iPhone transmits the selected photo to the recipient's device over Apple's messaging service. Official guidance shows that photos can be sent as attachments: "Tap **Share**, then choose a sharing option such as … *Messages*". *See, e.g.,* https://support.apple.com/guide/ipad/share-photos-and-videos-ipad4f44c78f/26/ipados/26. The device transmits the image file (or its identifier) to the other device, causing the image to be delivered to the recipient.<br><br>If the user taps **AirDrop** and selects a recipient device, the iPhone/iPad uses peer-to-peer wireless (Bluetooth/Wi-Fi) to send the image. Apple explains that AirDrop "share[s] photos, videos, contacts, and more, with anyone on an Apple device near you" and makes sharing "as simple as dragging and dropping". *See, e.g.,* https://support.apple.com/guide/ipad/intro-to-continuity-ipad1ddf3831/26/ipados/26; https://support.apple.com/guide/ipad/use-airdrop-to-send-items-to-nearby-devices-ipad46a13d74/26/ipados/26. In direct operation, the device transmits the chosen photo (or its resource identifier) to the other device, which immediately receives and displays it.<br><br>If the user taps **AirPlay** while viewing the image, the device streams the image (for example as part of a photo slideshow) to an AirPlay-enabled receiver (such as an Apple TV or Mac). Apple documentation confirms that an iPad (and iPhone) can "share videos, music, photos, and more from your iPad to your Mac, Apple TV 4K, or an AirPlay 2–enabled TV". *See, e.g.,* https://support.apple.com/guide/ipad/stream-video-mirror-screen-ipad-ipadf27a8cb7/26/ipados/26. |

| Claim Elements | Infringement Contentions |
| --- | --- |
| | Here, the iPhone/iPad transmits the image data over the network to the AirPlay target, causing the image message to be conveyed (shown) on the recipient device. |